David GATEWOOD, Appellant,

v.

Dr. Stephen CRAWFORD, Medical
Setup Unit at Potosi,
Appellee.

No. 05–1968.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 15, 2005.

Filed: July 18, 2005.

David Gatewood, Jefferson City, MO,
pro se.

John Joseph Treu, Jefferson City, MO,
for Appellee.

Before MORRIS SHEPPARD
ARNOLD, FAGG, and SMITH, Circuit
Judges.

PER CURIAM.

Missouri inmate David Gatewood appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action without prejudice as moot. Having carefully reviewed the record de novo, we affirm for the reasons explained by the district court. See 8th Cir. R. 47B.

---

[1]. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.